IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ILLUMINA, INC.,

                                                       ORDER

                Plaintiff,

                                                       09-cv-277-bbc
                                                       09-cv-665-bbc

    v.

AFFYMETRIX, INC.,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      IT IS ORDERED that plaintiff Illumina, Inc.'s motion for reconsideration of the order granting defendant Affymetrix, Inc.'s motion for leave to amend its answer and counterclaim, dkt. #102 (case no. 09-cv-277-bbc) and #58 (case no. 09-cv-665-bbc), is DENIED.

      Entered this 2d day of September, 2010.

                                                         BY THE COURT:
                                                         /s/
                                                         BARBARA B. CRABB
                                                         District Judge