IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ILLUMINA, INC.,

                      Plaintiff,                  JUDGMENT IN A CIVIL CASE

      v.                                                    Case Nos. 09-cv-665-bbc

AFFYMETRIX, INC.,

                      Defendant.

---

     This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Affymetrix, Inc. granting its motion for summary judgment on noninfringement. Defendant's counterclaims for invalidity are dismissed without prejudice.

 

By: _____                         12-16-10
    Peter Oppeneer, Clerk of Court                                   Date